No. 00–6898.  PATTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6899.  MEJIA-PORTILLO, AKA MEDINA-FUENTES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6902.  MENDOZA-HINOJOSA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6917.  MARSHALL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 00–6928.  COCKRELL v. EDWARDS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–1440.  NEW YORK v. BOSWELL; and

No. 99–1443.  CORPORATION COUNSEL OF THE CITY OF NEW YORK v. MUHAMMAD F.  Ct. App. N. Y.  Motions of respondents for leave to proceed in forma pauperis granted.  Certiorari denied.  Reported below: 94 N. Y. 2d 136, 722 N. E. 2d 45.

No. 00–491.  STEVENS CREEK QUARRY, INC. v. SANTA CLARA COUNTY PLANNING COMMISSION ET AL.  C. A. 9th Cir.  Motion of California Mining Association et al. for leave to file a brief as amici curiae granted.  Certiorari denied.

No. 00–497.  FORD MOTOR CO. v. CLAY, ADMINISTRATRIX OF THE ESTATE OF CLAY, ET AL.  C. A. 6th Cir.  Motions of Washington Legal Foundation and Product Liability Advisory Council, Inc., for leave to file briefs as amici curiae granted.  Certiorari denied.

No. 00–5733.  DO-NGUYEN v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari before judgment denied.

No. 00–6408.  REFFITT v. AK STEEL CORP.  C. A. 6th Cir. Certiorari before judgment denied.